IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH MCMAHON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>BUMBLE BEE FOODS, LLC<br><br>       Defendant. | Case No. 1:14−cv−03346<br><br>Honorable John J. Tharp Jr. |

### ORDER PERTAINING TO PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

This matter coming before the Court by stipulation and agreement of the Parties, with the Court fully apprised in the premises,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

Pursuant to Rule 41(a)(1)(ii), the matter of JOSEPH MCMAHON, Individually and on behalf of all others similarly situated v. BUMBLE BEE FOODS, LLC, is hereby dismissed in its entirety WITHOUT PREJUDICE. All pending motions are denied as moots and any pending hearings and schedules are stricken.

**IT IS SO ORDERED**.

Dated: April 27 , 2016

                     _____
                     JOHN J. THARP, Jr.
                     United States District Judge

Jointly prepared and submitted by:

  /s/ Shannon M. McNulty
Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
RAC@cliffordlaw.com
SMM@cliffordlaw.com

  /s/ Louis D. Bernstein
Louis D. Bernstein
Michael T. Herbst
BERNSTEIN LAW FIRM, LLC
350 N. Clark Street, Suite 400
Chicago, Illinois 60602
312.635.6090
lbernstein@law-ldb.com
mherbst@law-ldb.com